UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIA C. FLOWERS,

    Plaintiff,

v.                                      Case No: 8:11-CV-2576-T-30AEP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #17) and the Defendant's Objections (Dkt. #18) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge and Defendant's Objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation (Dkt. #17) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is reversed and this matter is remanded under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 28, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Even\2011\11-cv-2576.RR 17.wpd